IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEAN-FRANCOIS BENOIST;<br>JOYCE K. MARVEL-BENOIST, | ) )<br>) | Civ. No. 10-00350 JMS-KSC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| U.S. BANK NATIONAL<br>ASSOCIATION, ET AL., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on January 28, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendations To Deny Defendants U.S. Bank National Association, As

Trustee And PHH Mortgage Corporation's Motion For Attorneys' Fees And

Costs" are adopted as the opinion and order of this Court.

///

///

///

///

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 25, 2013.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge